## 28694. PILGRIM *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence. The single special ground of the motion for new trial is not argued or insisted on in the brief of counsel for the plaintiff in error, and therefore it is treated as abandoned. The denial of a new trial was not error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED FEBRUARY 1, 1941. REHEARING DENIED MARCH 29, 1941.

*Linton S. James, Joe Hill Smith,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, Daniel Duke,* contra.